LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA REED, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ELI LILLY AND COMPANY, <br><br> Defendant. | No. C 06 1542 TEH <br><br> Before the Honorable ~~Thomas~~ Thelton E. Henderson <br><br> [~~PROPOSED~~] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE <br><br> Conference Date: August 14, 2006 <br> Conference Time: 1:30 p.m. <br> Location: Courtroom 12, 19th Floor |

For the reasons set forth in Plaintiffs and Defendant's Joint Case Management Conference Statement, the Court hereby continues the August 14, 2006 Case Management Conference ("CMC") to  Monday, 12/11/06 , at  1:30 p.m. . In the event the case is not transferred to the Honorable Claudia Wilken and/or as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 5 calendar days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED.**

DATED: 08/07/06

_____
~~Thomas~~ E. Henderson
United States District Court Judge

Judge Thelton E. Henderson

— 3 —
[Proposed] Order